# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**v.**

Van Viet Chu

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 8:26-PO-108-002 (ML)

USM Number: USM Number

Danielle Neroni, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

**X** Guilty as to Count(s) 1 of the Complaint on Count 1..

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF:** Improper Entry by Alien in violation of Title 8 U.S.C. § 1325(a)(2).

**DATE OFFENSE CONCLUDED:** October 29, 2026

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is sentenced to time served. No term of supervised release. No fine is imposed. Special assessment is ordered remitted.

10/29/2026
Date of Imposition of Sentence

10/29/2026
Date Signed

Miroslav Lovric

Hon. Miroslav Lovric
U.S. Magistrate Judge